IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Daniel Brew, Karen Constance,    )
                                 )   2:11-cv-3099-GEB-DAD
           Plaintiffs,           )
                                 )
     v.                          )   ORDER
                                 )
Wells Fargo Bank, N.A., Cal-     )
Western Reconveyance Corp.,      )
                                 )
           Defendants.           )
_____)
```

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") removed this case from state court on the basis of diversity removal jurisdiction, which has not been shown to exist since "Wells Fargo is a citizen of California." Uriarte v. Wells Fargo Bank, N.A., No. 11-cv-2082, 2011 WL 5295285, at *9 (S.D. Cal. Nov 3, 2011); see also Guinto v. Wells Fargo Bank, No. 11-cv-372, 2011 WL 4738519 (E.D. Cal. Oct. 5, 2011) (finding lack of diversity because Wells Fargo is a citizen of California).

Therefore, this case is remanded to the Superior Court of the County of Sacramento from which it was removed for lack of subject matter jurisdiction. See 28 U.S.C. § 1447(c) (prescribing that the case shall be remanded "when it appears that the district court lacks subject matter jurisdiction . . . ").

Dated:  January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge